# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 9. Application for Attorneys' Fees under Circuit Rule 39-1.6

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form09instructions.pdf

**9th Cir. Case Number(s)** | 22-16252

**Case Name** | LTC (BVI) LIMITED v. BRAUNHAGEY & BORDEN LLP

For each amount claimed, please attach itemized information indicating service provided, date, hours, and rate. *Monthly Invoices are attached to the Declaration of Sanjeet S. Ganjam, filed concurrently herewith*

| DESCRIPTION OF SERVICES | Hours | Amount Claimed |
|---|---|---|
| Interviews and Conferences | | $ |
| Obtaining and Reviewing Records | | $ |
| Legal Research | | $ |
| Preparing Briefs | 32.2 | $ 22,301 |
| Preparing for and Attending Oral Argument | 46.2 | $ 38,297 |
| Other (*specify below*)<br>Attorneys' fees incurred in the District Court in connection with Defendant's improper removal | 86.8 | $ 58,577.5 |
| **Total Hours/Compensation Requested:** | 165.2 | $ 119,175.5 |

**Signature** | s/Sanjeet S. Ganjam  **Date** 8/24/2023

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 9**  *Rev. 01/24/2019*